Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _FLORIDA_

_Tampa_ Division

DaRRyC LEE Haan

_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

–v–

Humana, State of FLORIDA medicaid CVS, INC.

_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

Case No. 8:20 CV-877-T-23AEP

_(to be filled in by the Clerk's Office)_

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DaRRyC LEE HAAN |
| Street Address | 7276 Pond Circle |
| City and County | SPRingHill, Hernado |
| State and Zip Code | FLORIDA, 34606 |
| Telephone Number | 352 797-1234 |
| E-mail Address | HAAN_DaRRyC@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)._ Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name      MARY MAHEW

Job or Title *(if known)*    DIRECTOR OF mediciad

Street Address    2727 MAHAN DR.

City and County    TAllAHASSEE    LEON

State and Zip Code    FLOREDA    32.308

Telephone Number    850-412-3603

E-mail Address *(if known)*    _____

**Defendant No. 2**

Name      BRUCE D. BROUSSARD

Job or Title *(if known)*    DireToR of Humana

Street Address    500 w. Main ST

City and County    LOUISViIlE    JeFFERSON

State and Zip Code    KENTucKy    40202

Telephone Number    800-477-6931

E-mail Address *(if known)*    _____

**Defendant No. 3**

Name      DIRECTOR CVS

Job or Title *(if known)*    DIRECTOR OF CVS

Street Address    ONE CVS DR.

City and County    WooH SOCKET, PROVIDENC

State and Zip Code    RHODE ISLAND 02895

Telephone Number    NOT LISTED

E-mail Address *(if known)*

**Defendant No. 4**

Name      _____

Job or Title *(if known)*    _____

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address *(if known)*    _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*See attachment AA*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

ATTACHMENT  AA

DUE PROCESS, FOR BENEFICIARIES,  FAIR HEARING, 1902.( a.) ( 3 ) , 1924 ( e ) ( 2 )

42   C.F.R. 431.200 - 431.250

FAIR HEARING 42 C.F.R. 431.25

FAIR HEARING  1902 ( A) ( 32 ) C.F.R. 447.1

FAILURE TO PROVIDE SERVICES , 1903 ( m ) ( 5 ) ( A ) ( I ) , C.F.R. 438.700 (b) (l) , C.F.R. 1001.801

42 . C.F.R. PERSCRIPTION DRUGS  447.512 – 447.516

EMERGENCY  CARE EXCEPTION 1927 ( d )  ( 5 ) ( B ) , 1932 ( b ) ( A ) ( I )

PERSCRIPTION DRUGS        1927 ( d )

PHARMACIRS  1903( I)  ( 10 ) 227 ( e )

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1,500,000,000.⁰⁰

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

See attachment
attachment A, Humana
B. State of FLORIDA medicaid
C. GUS, Inc.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

From 02/2019 To Currently still Today

ATTACHMENT A.    HUMANA

1.a. THE PLAINTIFF FOR 5 YEARS , 2012 TO 2019 HAD PROPER CHRONIC HELTHCARE FROM
THE STATE OF FLORIDA MEDICAID INSURANCE PROGRAM,  BUT
IN FEBUARY OF 2019 CHANGED TO HUMANA MEDICAID AND WAS FORCED TO TAKE
ALTERNATIVE TREATMENT FOR CHRONIC HEALTHCARE AND STLL IS, PLAINTIFF HAD TO
AND PROPER CHRONIC HEALTHCARE  , PAIN MANAGEMENT, PAYING FOR IT WHEN
HUMANA REFUSED TO PAY FOR.

B.    PLAINTIFF WAS DENIED , FAIR HEARINGS, FAIR APPEALS

C.  HUMANA LISTED FAKE DOCTORS THAT DON'T TAKE HUMANA MEDICAID
INSURANCE.

D.  PLAITIFF HAD TO PAY FOR DOCTORS AND MEDICATIONS

E.  PLAINTIFF ALMOST DIED FROM NO HEALTHCARE

F.  PLAINTIFF  IS SO INJURIED THAT PLAINTIFF'S BACK IS PERMANENT DAMAGED
AND WILL BECOME PAROLIZED IN A SHORT TIMEFRAME.

G.  THE DEFENDANT , HUMANA IS STILL REFUSING TO PAY FOR DOCTORS
,MEDICATIONS  , FAIR HEARINGS,  FAIR APPEALS.

H.  PLAINTIFF, WILL DIE FROM THE INJURYS IF NOT GRANTED RELIEF

2.    PLAINIFF SEEKS A FEDERAL INJUCTION  TO FORCE , HUMANA, TO

A.  PAY FOR DOCTORS ,MEDICATIONS

B.  GIVE PLAINTIFF, FAIR HEARINGS, FAIR APPEALS

2.C.   PLAINTIFF SEEKS , 1,500,000,000.00  IN MONETARY  DAMAGES  FOR ALL THE DAMAGES

   AND ALMOST KILLING THE PLAINTIFF, CAUSING PERMANENT  SEROUS INJURYS,

   THAT WILL CAUSE PLAINTIFF TO BECOME PAROLIZED,  AND BED RIDDEN FOR LIFE.

ATTACHMENT B.        STATE OF FLORIDA MEDICAID

1.A. FROM 2012 TO 2019 THE STATE OF FLORIDA MEDICAID,  GAVE THE PLAINTIFF

PROPER CHRONIC HEALTHCARE FROM MEDICAID,  BUT IN 2019 ,

MARY MAYHEW,  DIRECTOR OF MEDICAID,  ILLEGALLY REMOVED THE

PROPER CHRONIC HEALTHCARE AND TREATMENTS AND OR MEDICATIONS

FROM THE MEDICAID PROGRAM,  WITHOUT A AMENDMENT FROM

THE UNITED STATES CONGRESS.

B.  PLAINTIFF, WAS FORCED TO TAKE ALTERNATIVE TREATMENT FOR CHRONIC HEALTHCARE

AND MEDICATIONS.

C. DEFENDANT,  MARY MAYHEW,  REFUSED , FAIR HEARINGS, FAIR APPEALS

AFTER PLAINTIFF  FILED OVER  10 COMPLAINTS  WITH THE STATE OF FLORIDA MEDICAID

OFFICE FOR OVER A YEAR.

D.  PLAINTIFF IS SEEKING A FEDERAL INJUCTION  TO ORDER THE DEFENDANT,

MARY  MAYHEW,  TO GIVE FAIR HEARINGS, FAIR APPEALS , AND  PUT THE

PROPER CHRONIC HEALTHCARE, AND MEDICATIONS,  PAIN MANAGEMENT,

AND SPECIALIST FOR THYROID DOCTORS BACK INTO THE  STATE OF FLORIDA MEDICAID

INSURANCE PROGRAM.

E.    A FEDERAL INJUCTION  TO ORDER , MARY MAYHEW,  DIRECTOR,  TO PAY FOR ALL

DOCTORS , SUCH AS PAIN MANAGEMENT,  THYROID SPECIALIST.

E.  THE PLAINTIFF IS ONLY SEEKING A INJUCTION,  NOT ANY MONETARY DAMAGES  FOR

MONEY.

ATTACHMENT C.     CVS , INC.

1A. FROM 2012 TO 2020 , DEFENDANT CVS , INC. REFUSED TO FILL LEGAL PERSCRIPTIONS
     FROM A LEGAL PRACTITIONER, PAIN MANAGEMENT, BECAUSE PAIN MANAGEMENT
     DOCTOR WAS AND DID FILE FOR BANKRUPTCY IN FEDERAL COURTS, AND DIDN'T
     APPROVE OVER THE PAIN MANAGEMENT DOCTOR ACTIONS.

B. DEFENDANT CVS, INC. , BY CAUSING THE PLAINTIFF TO GO WITHOUT PROPER
    MEDICATIONS, RISKED THE PLAINTIFF'S LIFE AND CAUSE SEROUS INJURIES

C.  THE DEFENDANT, CVS , INC, , REFUSED TO RETURN THE PLAINTIFF'S PERSCRIPTIONS
     TO FILL AT ANOTHER LEGAL PHARMACY, AND CAUSED THE PLAINTIFF TO GO WITHOUT
     MEDICATIONS.

D. THE PLAINTIFF IS ENTITLED TO MONETARY DAMAGES FOR THE DENIED PERSCRIPTIONS
    AND SEROUS INJURIES CAUSED BY NOT HAVING THE MEDICATIONS, AND FOR NOT
    RETURNING THE PLAINTIFF'S PERSCRIPTIONS TO BE FILLED AT ANOTHER LEGAL
    PHARMACY

E.  PLAINTIFF IS SEEKING A FEDERAL INJUCTION TO, STOP CVS, INC. FROM
     DENIEING PROPER PAIN MEDICATIONS, AND RETURN ALL NON – FILLED
     PERSCRIPTIONS TO THE PLAINTIFF TO BE FILLED AT ANOTHER LEGAL PHARMACY.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*

See attachment
attachment D. State of FLORIDA medicaid
E  Humana
F COS. INC.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

See attachment
attachment G. State of FLORIDA medicaid
H. Humana
I. CUS. INC.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

See attachment
attachment J. State of FLORIDA medicaid
K. Humana
L. CUS, INC.

III. C.

ATTACHMENT D.   STATE OF FLORIDA MEDICAID

1. THE STATE OF FLORIDA MEDICAID ILLEGALLY REMOVED PROPER CHRONIC HEALTHCARE,

   A. STATE OF FLORIDA MEDICAID , DENIED FAIR HEARINGS

   B. STATE OF FLORIDA MEDICAID, DENIED FAIR APPEALS

   C. STATE OF FLORIDA MEDICAID, DENIED PROPER PAIN MANAGEMENT

   D. THE STATE OF FLORIDA MEDICAID, DENIED PROPER MEDICATIONS

   E. THE STATE OF FLORIDA MEDICAID, DENIED  PAYING FOR A SPECIALIST,

      THYROID DOCTOR

   F. THE STATE OF FLORIDA MEDICAID, IGNORED THE PLAINTIFF'S 10 COMPLAINTS

   G. THE STATE OF FLORIDA MEDICAID, REFUSED TO ENFORCE THE CURRENT

      HEALTHCARE  LAWS AND REGULATIONS AGAINST HUMANA.

2. THE PLAINTIFF'S  WITNESS , SHARON HECTOR, PAIN MANAGEMENT  DOCTOR

   DR. VIVIAN HERRERO,  DR PATEL, CANCER SPECIALIST,  DR. MAHMALIY, THYROID

   SPECIALIST,   SPRINGHILL HOSPITAL,  OAKHILL HOSPITAL , ALL THESE WITNESSES

   SEEN WHAT HAPPENED TO THE PLAINTIFF,  AND MADE SURE THE PLAINTIFF GOT HELP.

III. C

ATTACHMENT E.    HUMANA

1.    HUMANA FORCED THE PLAINTIFF TO TAKE ALTERNATIVE TREATMENT FOR CHRONIC

TREATMENT , MEDICATIONS,  BECAUSE THE DEFENDANT HUMANA , DOES NOT

HAVE ANY PROPER DOCTORS , SPECIALIST,  IN THEIR NETWORK, OR OUT OF NETWORK

A.   THE DEFENDANT,  HUMANA, DENIED THE PLAINTIFF, FAIR HEARINGS,  FAIR APPEALS

B.  THE DEFENDANT HUMANA,  DENIED PERSCRIPTIONS

C.  THE DEFENDANT HUMANA,  DENIED PROPER PAIN MANAGEMENT DOCTORS

D.  THE DEFENDANT HUMANA,  DENIED THE PLAINTIFF,  PROPER PAIN MEDICATIONS

E.  THE DEFENDANT HUMANA,  GAVE FAKE LIST OF DOCTORS THAT DON'T TAKE HUMANA

MEDICAID

F.  THE DEFENDANT HUMANA,  DENIED PAYING FOR  PLAINTIFF TO TRAVEL BEYOND

50  MILES  FROM HOME .

G.  THE DEFENDANT HUMANA,  TOLD THE PLAINTIFF,  THAT THE DEFENDANT,  WOULD DO

NOTHING TO HELP THE PLAINTIFF SOVLE THE ISSUSES.

H.  THE DEFENDANT HUMANA,  RECORDED ALL PHONE CALLS OF THE DENIED ACTIONS.

attachment E

I.  PLAINTIFF'S  WITNESSES , SEEN THE DEFENDANT HUMANA  , DENIE ALL THE ISSUSES

SHARON HECTOR,

 DR. PATEL, CANCER SPECIALIST,

DR. VIVIAN HERRERO,  PAIN MANAGEMENT

DR. MAHMALIY,  THYROID SPECIALIST

III. C.

ATTACHMENT F.    CVS , INC.

1. CVS , INC., DENIED LEGAL PERSCRIPTIONS  FOR BIAS REASONS AGAINST A
   LEGAL PRACTITIONER

   A. THE DEFENDANT,  CVS, INC.  DENIED RETURNING DENIED FILLED PERSCRIPTIONS
      TO THE PLAINTIFF TO REFILL AT ANOTHER LEGAL PHARMACY

   B. THE DEFENDANT  CVS, INC. , CAUSED SEROUS HARM TO THE PLAINTIFF BY
      REFUSING TO FILL LEAGL PERSCRIPTIONS,  AND FORXED PLAINTIFF TO SEEK
      SPRINGHILL HOSPITAL FOR EMERGENCY SERVICES AND MEDICATIONS

   C. THE DEFENDANT CVS INC,  CAUSED SEROUS HARM TO THE PLAINTIFF AND
      FORCED THE PLAINTIFF  TO SEEK EMERGENCY MEDICAL HELP  FROM
      OAKHILL HOSPITAL FOR EMERGENCY SERVICES.

   D. THE DEFENDANT CVS INC,  CAUSED THE PLAINTIFF TO GO WITHOUT
      PROPER MEDICATIONS  FOR WEEKS, CAUSING DAMAGES TO THE PLAINTIFF
      THAT WILL SUFFER FROM UNTILL DEATH, AND CAUSE THE PLAINTIFF
      TO UNDER GO SEROUS OTHER CHRONIC HEALTHCARE  TREATMENTS.

III.C    *attachment F*

E.  THE PLAINTIFF  HAS WITNESSES TO ALL THE DEFENDANT'S ACTIONS

SHARON HECTOR

DR PATEL, CANCER SPECIALIST

DR . VIVIAN HERRERO,  PAIN MANAGEMENT SPECIALIST,

DR. MAHMALIY,  THYROID SPECIALIST.

IV .  IRREPARABLE INJURY

ATTACHMENT. G.          STATE OF FLORIDA MEDICAID

1. THE STATE OF DLORIDA MEDICAID, CAUSED SEROUS DAMAGES , THE PLAINTIFF MUST
   SEEK HELP AND RELIEF NOW CAUSE OF THE INJURYS  MUST BE TAKEN CARE OF TO KEEP
   FURTHER SEROUS DAMAGES  OR EVEN DEATH TO THE PLAINTIFF.

   A.  BECAUSE OF THE DAMAGES , ITS TO HARD TO PUT A PRICE ON HOW MUCH
       MORE PROPER TREATMENTS WILL COST OR TAKE AS IN HOW MANY YEARS

   B.  THE PLAINTIFFS  SUFFERING IN BED FOR WEEKS CAUSING MORE DAMAGE
       TO THE SAME INJURIED AREAS THAT WERE SO SEVERE AND LOSS OF BONES
       MUSCLE, NERVES, THAT CAN NOT BE REPLACED OR FIXED.

   C.   IF THE PLAINTIFF DON'T SEEK THE INJUCTION  RELIEF NOW,  THE PLAINTIFF  WILL
        BE CRIPPLED FOR LIFE , IF NOT DEAD FROM INJURYS.

   D.  PLAINTIFF HAS LOST YEARS OF A NORMAL LIFE AND WILL NOT BE ABLE TO

       HAVE ANY QUALITY OF LIFE WITHOUT CARE FROM A CARE TAKER.

   E.  THE PLAINTIFF WILL HAVE TO BE TAKEN CARE OF THE REST OF THE PLAINTIFF'S  LIFE

       AND NEVER HAVE OR BE ABLE TO ENJOY ANYTHING THE PLAINTIFF DID BEFORE
       THE SEROUS INJURYS.

IV. attachment G.

F.   ITS ALMOST IMPOSSIBLE  TO PUT A PRICE ON A HUMAN LIFE AND WHAT THEY

COULD HAVE BEEN WITHOUT THE SEROUS INJURYS.

IV.

ATTACHMENT H.   HUMANA

1.   THE COST OF HEALTHCARE WILL BE GREATER NOW WITHOUT KNOWING

HOW MUCH TREATMENT  IS NEEDED AND LONG THE TREATMENT WOULD LAST

A.   THE COST OF BEING DENIED FAIR HEARINGS AND  FAIR APPEALS,

HAS CAUSE SO MUCH MENTAL DAMAGES , THAT THE PALINTIFF LOST

ALL FAITH IN THE SYSTEM, AND HAD TO RESORT TO THE FDERAL COURTS

FOR HELP AND INJUCTIONS, MONETARY DAMAGES,  PUNITIVE DAMAGES

PAIN SUFFER DAMAGES , LOSS OF BODY STRUCTURE.

B.  THE PLAINTIFF'S  DAMAGES , FROM HAVING TO FIGHT THIS CASE IN FEDERAL

COURTS WHILE SEROUS INJURYS AND GOING WITHOUT, AND TRYING TO STAY

ALIVE , LONG ENOUGH TO FIGHT THE CASE IN THE FEDERAL COURTS.

C.  THE PLAINTIFF'S  DAMAGES , FROM LIFE AND LIMB, SUFFERING, WONDERING

IF THE PLAINTIFF WILL BE ALIVE LONG ENPUGH TO SEE THE PLAINTIFF'S  DAY IN

A COURT OF LAW,TO PUT A PRICE ON THE MENTAL STRESS AND HOPE AND

DREAMS OF A  BETTER LIFE , INJURY FREE ARE GONE AS THE WIND BLOWS.

D . THE PLAINTIFF SEEING THE PAIN AND LOSS ON OTHERS FACES KNOWING

THE OUT COME OF THE PLAINTIFFS LIFE.

IV.

ATTACHMENT I.         CVS, INC.

1. TO PUT A PRICE ON THE DAMAGES , THAT THE PLAINTIFF, WENT THRU,

   WITH NO MEDICATIONS,

   A. THE PLAINTIFF, DRIVING FROM PLACE TO PLACE TO GET HELP

   B. THE PLAINTIFF, WHEN THE PLAINTIFF  HAD TO TRAVEL 100 MILES

      TO THE PROPER DOCTOR, ASKING FOR NEW PERSCRIPTIONS

   C. THE PLAINTIFF HAD TO PAY TO TRAVEL OVRR AND OVER 100 MILES

      WITHOUT BEING PAID TOO,

   D. TRAVELING FROM PHARMACY  TO PHARMACY,  MILES AFTER MILES

      WITH NO LUCK OR MEDICATIONS  FILLED, SUFFERING IN CARS FOR DAYS

      WEEKS, WONDERING IF THE PLAINTIFF WOULD DIE IN THE CAR.

*I V.*

ATTACHMENT I.  CVS, INC.

E.  TO PUT A PRICE ON THE PLAINTIFF ,HAVING THE PLAINTIFF'S  PHARMACY

REJECTING OVER THE PHARMACIST,  FEELINGS OVER THE PLAINTIFF'S

PAIN MANAGEMENT,  DEBT AND BANKRUPTCY,  KNOWING THAT

THAT THE DEFENDANT  NEVER HAD ANY ISSUSES BEFORE THE DEFENDANT

FOUND OUT THE PLAINTIFF'S, PAIN MANAGEMENT,  HAD MONEY ISSUSES

NOT LEGAL OR ANY RESTRICTIONS FROM THE  D.E.A. , OR F.D.A. , OR

THE STATE OF FLORIDA MEDICAID INSURANCE PROGRAM.

*V.*

ATTACHMENT J.         STATE OF FLORIDA MEDICAID

1.  THE PLAINTIFF IS ASKING FOR OTHERS COURT ORDERS THAT STOP

   THE DEFENDANT, STATE OF FLORIDA MEDICAID, FROM DENIEING FAIR HEARINGS

   A.  THE PLAINTIFF IS ASKING FOR OTHER COURT ORDERS, THAT STOP

      THE DEFENDANT, STATE OF FLORIDA MEDICAID, FROM DENIEING FAIR APPEALS

   B.  THE PLAINTIFF IS ASKING THE COURT FOR MORE ORDERS FOR THE

      DEFENDANT, STATE OF FLORIDA MEDICAID, FROM ILLEGALLY

      REMOVING THE PROPER HEALTHCARE , TREATMENTS, PAIN MANAGEMENT,

      AND PAIN MEDICATIONS FROM THE MEDICAID INSURANCE PROGRAM.

   C.  THE PLAINTIFF IS ASKING FOR OTHERS COURT ORDERS FOR THE DEFENDANT,

      THE STATE OF FLORIDA MEDICAID, FROM IGNORING COMPLAINTS OVER

      DENIED PROPER CHRONIC ILLNESSES TREATMENT AND MEDICATIONS FROM

      THE MEDICAID PROGRAM

   D.  THE PLAINTIFF IS NOT ASKING THE COURT TO ORDER ANY MONEY FOR

      DAMAGES.

*V.*

ATTACHMENT K.        HUMANA

1.    THE PLAINTIFF IS ASKING FOR 1,000,000,000 FOR MONETARY DAMAGES, PUNITIVE

DAMAGES, FOR THE DENIED PROPER PAIN MANAGEMENT, PAIN MEDICATION,

DENIED FAIR HEARINGS , FAIR APPEALS, THE FAKE, OR FRAUDULENT LIST OF

DOCTORS , THE LIES OVER BEING COVERED, PAYING FOR DOCTORS , MEDICATIONS

STILL AS OF TODAY,

A.    EXEMPLARY DAMAGES, FOR THE COVERING UP THE ILLEGAL FRAUD, FRAUDULENT

MEDICATIONS , TREATMENTS , WENT THRU INSTEAD OF THE SAME HEALTHCARE

PLAINTIFF HAD FOR 5 YEARS BEFORE THE PLAINTIFF SIGNED UP FOR HUMANA

IN THE AMMOUNT OF 250,000,000.

B.   THE DEFENDANT , KNOWS ABOUT THE PLAINTIFF'S CIVIL LIGATION, AND

STILL DENIES , FAIR HEARINGS, FAIR APPEALS, DOCTORS , MEDICATIONS,

FOR BOTH PAIN MANAGEMENT, AND THE THYROID SPECIALIST.

C.  THE DEFENDANT , HUMANA , KNOWLY KNOWS THAT THE PLAINTIFF IS SEEKING

CIVIL LIGATION, AND THINKING THAT THE PLAINTIFF CAN DO NOTHING ABOUT IT.

D.  THE PLAINTIFF IS SEEKING THE TOTAL AMOUNT FROM HUMANA IN THIS

CIVIL LIGATION IS 1,250,000,000. AND BEING SMUG OVER THE ALLIGATIONS.



ATTACHMENT  L.        CVS INC.

1. THE PLAINTIFF IS SEEKING 250,000,000 FOR THE DENIED OFBLEGAL PERSCRIPTIONS,

   OVER THE PHARMACIST, BIAS AGAINST THE PLAINTIFF'S, PAIN MANAGEMENT DOCTOR

   BECAUSE THE DOCTOR FILED FOR BANKRUPTCY IN THE FEDERAL COURTS,

   A. THE PLAINTIFF IS ALSO ASKING BECAUSE OF THE DEFENDANT REFUSING TO

      TURN OVER THE DENIED PERSCRIPTIONS, BACK THE THE PLAINTIFF SO THE PLAINTIFF

      CAN SEEK OTHER LEGAL PHARMACY'S WITH THE PLAINTIFF'S PRESCRIPTIONS.

   B. THE DEFENDANT, CVS , INC. IS NOW ONLY COMPLYING BECAUSE THE PLAINTIFF

      FILED A CIVIL LIGATION, AND THE PHARMACIST WAS FIRED AND TERMINATED.

   C. IF THE PLAINTIFF DIDN'T FILE CIVIL LIGATION, THE DEFENDANT, CVS , INC.

      WOULD HAVE KEPT DENIEING THE PLAINTIFF'S PERSCRIPTIONS, AND HELD

      ON TO THEM, PREVENTING THE PLAINTIFF FROM SEEKING OTHER LEGAL PHARMCYS

      TO FILL THE PERSCRIPTIONS.

   D. THE PERMANENT DAMAGES FROM THE PERSCRIPTIONS BEING NOT FILLED AND

      CAUSING MORE DAMAGES THAT NO DOCTORS OR MEDICATIONS CAN HELP OR FIX.

   E. THE MENTAL STRESS OF NOT KNOWING IF THE PLAINTIFF WOULD BE ALIVE AND GET

      HELP , CAUSE PERMANENT DAMAGES AND KNOWING THAT IT COULD HAPPEN AGAIN.

      AND WOULD THE PLAINTIFF DIE FROM THE DEFENDANTS ACTIONS AND DENILES.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _04/16/2020_

Signature of Plaintiff    _Darryl Haan_

Printed Name of Plaintiff    _DaRRyL Lee HAAN_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____